**LANAK & HANNA, P.C.**  **JS-6**
**CHRISTOPHER M. CULLEN (211166)**
cmcullen@lanak-hanna.com
**MICHAEL K. MURRAY (265785)**
mkmurray@lanak-hanna.com
625 The City Drive South, Suite 190
Orange, California 92868
Telephone:  (714) 550-0418
Facsimile: (714) 703-1610

**YOUNG BASILE HANLON & MACFARLANE, P.C.**
**JEFFREY D. WILSON (P56376)**
wilson@youngbasile.com
**MICHAEL M. JACOB (P15391)**
jacob@youngbasile.com
3001 W. Big Beaver Road, Ste. 624
Troy, Michigan  48084
Telephone:  (248) 649-0990
Facsimile: (248) 649-7155

Attorneys for Plaintiff The Sherwin-Williams Company,
f/k/a Sherwin-Williams Automotive Finishes Corp.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| THE SHERWIN-WILLIAMS COMPANY, f/k/a SHERWIN-WILLIAMS AUTOMOTIVE FINISHES CORP. <br><br> Plaintiff, <br> v. <br><br> PERFORMANCE AUTO BODY, INC., HERITAGE COLLISION CENTER, INC., SUPERIOR COLLISION REPAIR, INC. and MARK DAVIS, <br> Defendants. | CASE NO.  EDCV13-00428 VAP (SPX) <br><br> **CONSENT JUDGMENT** <br><br> Before the Honorable Virginia A. Phillips <br><br> Complaint:    March 7, 2013 <br> Pre-Trial Status Conference:  April 14, 2014 <br> Trial:    April 22, 2014 |

{1420 18489}                                       1
**CONSENT JUDGMENT**

This matter having come before this Honorable Court upon the parties' stipulation, and the Court having been otherwise fully advised in the premises;

NOW THEREFORE, it is hereby ORDERED that Judgment be entered in favor of the Plaintiff, the Sherwin-Williams Company, f/k/a Sherwin-Williams Automotive Finishes Corp., and against Defendants Performance Auto Body, Inc.; Heritage Collision Center, Inc.; and Superior Collision Repair, Inc., jointly and severally, for the amount claimed in Plaintiff's Complaint of $2,656,884.08.

Stipulated to:

_____
LANAK & HANNA, P.C.
CHRISTOPHER CULLEN (211166)
cmcullen@lanak-hanna.com
MICHAEL K. MURRAY (265785)
mkmurray@lanak-hanna.com
Orange, CA 92868
Te: (714) 550-0418
Fax: (714) 703-1610

*Attorneys for Plaintiff The Sherwin-Williams Company, f/k/a/ Sherwin-Williams Automotive Finishes Corp.*

_____
LAW OFFICES OF ROBERT L. FIRTH
Robert L. Firth
30877 Date Palm Drive, Suite B3
Cathedral City, CA 92234
Tel: (760) 770-4066
Fax: (760) 770-4006

*Attorneys for Defendants Performance Auto Body, Inc.; Heritage Collision, Inc.; Superior Collision Repair, Inc.; and Mark Davis*

**IT IS SO ORDERED.**

**DATED:** _August 5, 2014_____     _____
  Honorable Virginia A. Phillips
  United States District Court Judge

{1420 18489}

**2**

**CONSENT JUDGMENT**

# PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF ORANGE

*The Sherwin Williams Company, etc. v. Performance Auto Body, Inc., et al.*

Case No. EDCV13-00428 VAP (SPX)

I am employed in the County of Orange, State of California; I am over the age of eighteen (18) and not a party to the within action; my business address is 625 The City Drive South, Suite 190, Orange, CA 92868. On August 1, 2014, I served the foregoing document(s) described as **CONSENT JUDGMENT** on all interested parties to this action by delivering

☒   a copy          ☐   an original

thereof by e-service addressed to each of said interested parties at the following address(es):

| Robert L. Firth<br>Law Offices of Robert L. Firth<br>30877 Date Palm Drive, Suite B3<br>Cathedral City, CA 92234<br>Tel: (760) 770-4066<br>Fax: (760) 770-4006<br>rfirth@firthlaw.com | Attorney for Defendants<br>PERFORMANCE AUTO BODY, INC.;<br>HERITAGE COLLISION, INC.;<br>SUPERIOR COLLISION REPAIR, INC;<br>and MARK DAVIS |
|---|---|

☒   **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed above.

☒   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed August 1, 2014, at Orange, California.

_____
Tabitha Muncey

{1420 18489}

3

**CONSENT JUDGMENT**